# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Lester I. Workinger**        JOINT DEBTOR: _____        CASE NO.: **13-20651-BKC-JKO**
Last Four Digits of SS# **3267**        Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ **295.62** for months **1** to **8** ;
B. $ **275.00** for months **9** to **36** ;
C. $ _____ for months _____ to _____ ; in order to pay the following creditors:

**Administrative:** Attorney's Fee - $ **3,650.00** TOTAL PAID $ **1,500.00**   $3,500.00 (attorney fee)
                                                                             $150.00 (cost)
Balance Due   $ **2,150.00** payable $ **268.75** (Months **1** to **8** )

**Secured Creditors:** [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **JPMorgan Chase Bank, NA**    Arrearage on Petition Date  $ **0** _____
Address: **PO Box 24696**          Arrears Payment            $ **0** /month (Months _____ to _____)
**Columbus, OH 43224-0696**        Regular Payment            $ **0** /month (Months _____ to _____)
Account No: **X4227**

2. _____          Arrearage on Petition Date  $ _____
Address: _____         Arrears Payment            $ _____/month (Months _____ to _____)
_____          Regular Payment            $ _____/month (Months _____ to _____)
Account No: _____

3. _____          Arrearage on Petition Date  $ _____
Address: _____         Arrears Payment            $ _____/month (Months _____ to _____)
_____          Regular Payment            $ _____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |
| | $ | % | $ | _____ To _____ | |
| | $ | % | $ | _____ To _____ | |

**Priority Creditors:** [as defined in 11 U.S.C. §507]

1. **None** _____    Total Due $ _____
                                   Payable   $ _____/month (Months ____ to ____) Regular Payment $ _____
2. _____          Total Due $ _____
                                   Payable   $ _____/month (Months ____ to ____) Regular Payment $ _____

Unsecured Creditors: Pay $ **0** /month (Months **1** to **8** ). $250.00 (months 9 to 36)(Includes
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date. pre-petition transfer).
Other Provisions Not Included Above: JPMorgan Chase Bank, NA (Acct. #4227) first mortgage to be paid direct and outside plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Workinger_____        _____
Debtor                                   Joint Debtor
Date: **5-16-2013**                     Date: _____

LF-31 (rev. 01/08/10)